BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division
BRIGHAM BOWEN
Assistant Branch Director,
Federal Programs Branch
STUART J. ROBINSON
CA Bar No. 267183
Senior Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
450 Golden Gate Ave., San Francisco, CA 94102
Tel. (415) 436-6635
Fax (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

[Additional counsel on following page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Behzad Ferdows and Mehrzad Ferdows,**<br><br>                    Plaintiffs,<br><br>– v. –<br><br>**Office of Foreign Assets Control and Bradley T. Smith, in his official capacity as Acting Director of the Office of Foreign Assets Control,**<br><br>                    Defendants. | No. 2:20-cv-10156-DMG-MAA<br><br>**Stipulation to Extend Time to Respond to Complaint; Declaration of Stuart J. Robinson; and [Proposed] Order**<br><br>Current response date: April 8, 2021<br>New response date: May 13, 2021<br><br>Honorable Dolly M. Gee<br>United States District Judge |

KYLE P. SCHNEBERG (SBN 239325)
SCHNEBERG LAW PC
3828 W. Carson St., Ste. 100
Torrance, CA 90503
Telephone Number: (310) 359-9090
Fax Number: (310) 873-3039
Email Address: kyle@schneberglaw.com

ERICH C. FERRARI (DC SBN 978253, Pro Hac Vice Application Pending)
FERRARI & ASSOCIATES
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
Telephone Number: (202) 280-6370
Fax Number: (877) 448-4885
Email Address: ferrari@falawpc.com

*Attorneys for Plaintiffs Behzad Ferdows and Mehrzad Ferdows*

2

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  counsel, subject to the Court's approval, that Defendants may have a thirty-five
3  (35) day extension of time, up to and including May 13, 2021, within which to
4  answer, plead or otherwise respond to the initial complaint.  The reasons for this
5  Stipulation are set forth in the Declaration of Stuart J. Robinson.
6  This is Defendants' second request for a continuance of the deadline to file a
7  responsive pleading.  No other deadlines have been set in this case.
8  WHEREFORE, the parties respectfully submit this Stipulation to the Court
9  for its approval.

Dated: March 31, 2021

         /s/
KYLE P. SCHNEBERG (SBN 239325)
SCHNEBERG LAW PC
3828 W. Carson St., Ste. 100
Torrance, CA 90503
Telephone Number: (310) 359-9090
Fax Number: (310) 873-3039
Email Address: kyle@schneberglaw.com

ERICH C. FERRARI (DC SBN 978253, Pro Hac Vice Application Pending)
FERRARI & ASSOCIATES
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004
Telephone Number: (202) 280-6370
Fax Number: (877) 448-4885
Email Address: ferrari@falawpc.com

*Attorneys for Plaintiffs Behzad Ferdows and Mehrzad Ferdows*

Dated: March 31, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

BRIGHAM BOWEN
Assistant Branch Director
Civil Division, Federal Programs Branch

    */s/ Stuart J. Robinson*[1]
STUART J. ROBINSON
Senior Counsel

*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4

# DECLARATION OF STUART J. ROBINSON

I, STUART J. ROBINSON, do hereby declare and state as follows:

1. I am a Senior Counsel with the U.S. Department of Justice, Civil Division, Federal Programs Branch, and I represent Defendants in this action.

2. Defendants must answer the Complaint or file a dispositive motion by April 8, 2021.

3. The parties have engaged in ongoing discussions about possible ways to resolve the instant case, as well as a related case before another district court, without the need for additional litigation.

4. The parties believe these discussions have been productive and require additional time to continue their dialogue.

5. An extension will thus help preserve the resources of the parties and this Court.

6. This is the second request for a continuance of the deadline to file a responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2021.

                    */s/ Stuart J. Robinson*
                    STUART J. ROBINSON
                    Senior Counsel