1  KYLE P. SCHNEBERG (SBN 239325)
2  SCHNEBERG LAW PC
3  3828 W. Carson St., Ste. 100
4  Torrance, CA 90503
5  Telephone Number: (310) 359-9090
6  Fax Number: (310) 873-3039
   Email Address: kyle@schneberglaw.com

7
8  ERICH C. FERRARI (DC SBN 978253, Pro Hac Vice)
9  FERRARI & ASSOCIATES
10 1455 Pennsylvania Ave., NW, Suite 400
11 Washington, D.C. 20004
12 Telephone Number: (202) 280-6370
13 Fax Number: (877) 448-4885
   Email Address: ferrari@falawpc.com

*Attorneys for Plaintiffs Behzad Ferdows and Mehrzad Ferdows*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHZAD FERDOWS; MEHRZAD FERDOWS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL; ANDREA M. GACKI, Director of OFAC, in her official capacity,<br><br>Defendants. | Case No.: 2:20-cv-10156-DMG-MAAx<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS, CAUSES OF ACTIONS AND PARTIES** |

///

Case 2:20-cv-10156-DMG-MAA   Document 28   Filed 05/24/21   Page 2 of 2   Page ID #:120

**TO THE COURT AND ALL PARTIES:**

Plaintiffs Behzad Ferdows and Mehrzad Ferdows and Defendants Office of Foreign Assets Control and Bradley T. Smith, in his official capacity as Acting Director of the Office of Foreign Assets Control, hereby stipulate under Federal Rule of Civil Procedure 41 subd. (a)(1)(A)(ii) that this action be dismissed as to all claims, causes of action, and parties.

DATED: May 24, 2021             **SCHNEBERG LAW PC**
                                **FERRARI & ASSOCIATES**

                                 /s/
                                KYLE P. SCHNEBERG and
                                ERIC C. FERRARI
                                Attorneys for Plaintiffs

DATED: May 24, 2021             **BRIAN M. BOYNTON**
                                Acting Assistant Attorney General,
                                Civil Division
                                **BRIGHAM BOWEN**
                                Assistant Branch Director
                                Civ. Division, Fed. Programs Branch

                                 /s/ *Stuart J. Robinson*
                                STUART J. ROBINSON
                                Senior Counsel
                                Attorneys for Defendants

JOINT STIPULATION OF DISMISSAL
2