JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHZAD FERDOWS; MEHRZAD FERDOWS, | Case No.: CV 20-10156-DMG (MAAx) |
| Plaintiffs, | **ORDER ON STIPULATION OF DISMISSAL OF ALL CLAIMS, CAUSES OF ACTION, AND PARTIES [28]** |
| vs. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL; ANDREA M. GACKI, Director of OFAC, in her official capacity, | |
| Defendants. | |

Based on the stipulation of Plaintiffs Behzad Ferdows and Mehrzad Ferdows and Defendants Office of Foreign Assets Control and Bradley T. Smith, in his official capacity as Acting Director of the Office of Foreign Assets Control, and good cause appearing, IT IS HEREBY ORDERED under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is dismissed as to all claims, causes of action, and parties.

DATED: May 26, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE